| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) MCNAMEE, STEPHEN M | 2. Court or Organization U.S. DISTRICT COURT OF AZ | 3. Date of Report 7/15/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.DISTRICT JUDGE-ACTIVE | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address SANDRA DAY O'CONNOR US COURTHS 401 W WASHINGTON ST, SPC 60 PHOENIX, AZ 85003-2158 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CUSTODIAN, UGMA | AS CUSTODIAN, I HOLD A SMALL # OF STOCKS AND SECURITIES UNDER THE UNIFORM GIFT TO MINORS ACT |
| 2. SECRETARY/TREASURER | DISTRICT JUDGES ASSOCIATION, 9TH CIRCUIT COURT |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 AUG 10 A 11: 09 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 7/15/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | STATE OF ARIZONA, INCOME TAX REFUND | 529 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCNAMEE, STEPHEN M | 7/15/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. US Bank (CD) (IRA) | A | Interest | J | T | | | | | |
| 2. US Bank (CD) (IRA) | A | Interest | J | T | | | | | |
| 3. Brokerage Account #1 (IRA): | | | | | | | | | |
| 4. -Merrill Lynch Bank USA RASP (Cash Account) | A | Dividend | J | T | | | | | |
| 5. -MFS Value FD CL A | A | Dividend | K | T | | | | | |
| 5. Brokerage Account #2 (IRA): | | | | | | | | | |
| 7. -Merrill Lynch Bank USA RASP (Cash Account) | A | Dividend | J | T | | | | | |
| 8. -S&P Dep Rcpts | | None | | | Sell | 01/23 | J | B | |
| 9. -Pimco Commodity Real Return Strategy FD CL A | A | Dividend | J | T | Buy | 01/23 | J | | |
| 10. | | | | | Partial Sell | 12/06 | J | A | |
| 11. -MLJWH Strategy Allocation FD LP | | None | J | T | Buy | 12/01 | J | | |
| 12. Brokerage Account #3 (IRRA): | | | | | | | | | |
| 13. -Merrill Lynch Bank USA RASP (Cash Account) | A | Dividend | K | T | | | | | |
| 14. -S&P Dep Rcpts | | None | | | Sell | 01/23 | K | D | |
| 15. -American Euro Pacific Growth CL A | A | Dividend | K | T | Buy | 01/23 | J | | |
| 6. -Calamos Growth Fund | | None | J | T | Buy | 01/23 | J | | |
| 7. -Davis New York Venture | A | Dividend | L | T | Buy | 01/23 | K | | |
| 8. -Franklin Biotech Discovery FD CL A | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  -Lord Abbett Mid-Cap Value Fund CL A | A | Dividend | K | T | Buy | 01/23 | J | | |
| 20.  -Massachusetts Investors Growth Stock FD CL A | | None | | | Sell | 01/23 | K | A | |
| 21.  -MFS Value FD CL A | A | Dividend | K | T | Partial Sell | 11/24 | K | C | |
| 22.  -Harris Associates LG Cap Value FD CL A | | None | K | T | Buy | 11/24 | K | | |
| 23.  -Pimco Commodity Real Return Strategy FD CL A | A | Dividend | J | T | Buy | 11/24 | J | | |
| 24.  Merrill Lynch Bank USA (Cash Account) | A | Interest | J | T | | | | | |
| 25.  Merrill Lynch Bank USA (Cash Account) | A | Interest | J | T | | | | | |
| 26.  US Bank Savings Account | A | Interest | J | T | | | | | |
| 27.  US Bank Savings Account | A | Interest | J | T | | | | | |
| 28.  IBM Common Stock | A | Dividend | J | T | | | | | |
| 29.  International Rectifier Common Stock | | None | J | T | | | | | |
| 30.  US Savings Bonds | A | Interest | J | T | | | | | |
| 31.  Wells Fargo Checking Account | | None | J | Y | | | | | |
| 32.  Fairfield Tanglewood Time Share, Flagstaff AZ | | None | J | W | | | | | |
| 33.  Vanguard 500 Index Fund | B | Dividend | L | T | Participant | 01/01 | K | | |
| 34.  Merrill Lynch Bank USA RASP (Cash Account) (Roth IRA) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART VII LINE 20 - MASSACHUSETTS INVESTORS GROWTH STOCK FD CL A INADVERTENTLY REPORTED IN 12/31/2003 REPORT AS "SELL".  ACTUAL TRANSACTION IN 2003 WAS A "PARTIAL SELL".  ALL INFORMATION REGARDING AMOUNTS WAS CORRECTLY REPORTED.  REMAINING BALANCE SOLD AT 1/23/2004 AND REPORTED ON THIS 2004 REPORT.

PART VII LINE 33 - VESTED PARTICIPANT 01/01 403(B) PLAN

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCNAMEE, STEPHEN M | 7/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu ████████████████          Date _August 8, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544